No. 87–1337. BOERSMA, PERSONAL REPRESENTATIVE OF THE ESTATES OF BOERSMA ET AL. *v.* KARNES, NEBRASKA STATE TAX COMMISSIONER, ET AL. Appeal from Sup. Ct. Neb.; and

No. 87–1350. O. N. E. SHIPPING, LTD. *v.* FLOTA MERCANTE GRANCOLOMBIANA, S. A., ET AL. C. A. 2d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 87–1389. IN RE THOMAS. Petition for writ of habeas corpus and/or petition for writ of certiorari denied.

No. 87–6420. IN RE MCDONALD. Petition for writ of mandamus denied.

No. 87–1022. BOARD OF ESTIMATE OF CITY OF NEW YORK ET AL. *v.* MORRIS ET AL.; and

No. 87–1112. PONTERIO *v.* MORRIS ET AL. Appeals from C. A. 2d Cir. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.

No. 87–1054. FIRESTONE TIRE & RUBBER CO. ET AL. *v.* BRUCH ET AL. C. A. 3d Cir. Certiorari granted.

No. 87–1055. CHAN ET AL. *v.* KOREAN AIR LINES, LTD. C. A. D. C. Cir. Certiorari granted.